## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 24-mj-111 (MAU)** |
| | : | |
| **DANIEL MELZINE KINGERY,** | : | **VIOLATION:** |
| | : | 18 U.S.C. § 401(1) |
| Defendant. | : | (Misdemeanor Contempt) PENALTY: |
| | : | 18 U.S.C. § 3559(a)(8) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about March 22, 2024, within the District of Columbia, **DANIEL MELZINE KINGERY**, committed and attempted to commit an act of misbehavior in the presence or so near the presence of the Court, that is, United States Magistrate Judge Moxila A. Upadhyaya, as to obstruct the administration of justice by willfully ending his participation in an official court proceeding before such proceeding had concluded and without the permission of the Court.

(**Misdemeanor Contempt**, in violation of Title 18, United States Code, Section 401(1))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   /s/ *Frederick Yette*
FREDERICK YETTE
Assistant United States Attorney
National Security Section
U.S. Attorney's Office
D.C Bar Number 385391
Frederick.Yette@usdoj.gov
(202) 252-7733 (o)